**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00205-CV**
_____

**LOUIE VALDEZ, Appellant**

**V.**

**VIRGO FINANCE COMPANY, LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 24-33764**

**MEMORANDUM OPINION**

On May 28, 2024, Louie Valdez filed a notice of appeal from a final judgment for possession of real property signed on May 15, 2024. On July 15, 2024, the trial court clerk notified the Court of Appeals that Appellant had failed to make arrangements for the preparation of the clerk's record. On that same date, we notified the parties that the clerk's record had not been filed and warned that failure to file the clerk's record due to Appellant's fault is grounds for dismissal of the appeal for want of prosecution. We further notified the parties that the appeal would be

1

dismissed for want of prosecution unless by August 14, 2024, we received a motion stating the facts relied upon to reasonably explain the need for additional time to file the record. As of this date, we have not received a response to this Court's notice.

Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal for want of prosecution. *See id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 9, 2024
Opinion Delivered October 10, 2024

Before Johnson, Wright and Chambers, JJ.

2